1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                              Plaintiff,

    v.

YOO HAN KEUM,

                            Defendant.

NO. CR02-5469-RJB

DETENTION ORDER

<u>Date of Detention Hearing</u>:   May 11, 2015

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant failed to appear for a sentencing scheduled for 2004.

2.    Defendant has stipulated to detention, but reserves the right to contest his continued detention.

3.    There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

IT IS THEREFORE ORDERED:

(1)   Defendant shall be detained and shall be committed to the custody of the
      Attorney General for confinement in a correction facility separate, to the extent
      practicable, from persons awaiting or serving sentences or being held in custody
      pending appeal;

(2)   Defendant shall be afforded reasonable opportunity for private consultation with
      counsel;

(3)   On order of a court of the United States or on request of an attorney for the
      government, the person in charge of the corrections facility in which defendant
      is confined shall deliver the defendant to a United States Marshal for the
      purpose of an appearance in connection with a court proceeding; and

(4)   The Clerk shall direct copies of this Order to counsel for the United States, to
      counsel for the defendant, to the United States Marshal, and to the United States
      Pretrial Services Officer.

DATED this 12th day of May, 2015.


JAMES P. DONOHUE
Chief United States Magistrate Judge


DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2